1 | Judge Eve Ellingwood, ret.
(aka Cohen Sternlight)
2 | 31811 Pacific Highway South
Suite B 147
3 | Federal Way, Washington 98003
Telephone: (702) 782-1306
4 | email:  eejudgeeve79@gmail.com
5 | IN PROPRIA PERSONA

**11-CV-01773-CMP**

____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

6 |
UNITED STATES DISTRICT COURT FOR THE
7 | WESTERN DISTRICT OF WASHINGTON

OCT 24 2011      RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

8 |
9 | Eve Ellingwood
(aka Cohen Sternlight)
10 |          Plaintiff
vs.          Plaintiff
11 | BANK OF THE WEST, et. al.

**C11-1773**

**COMPLAINT**

12 |
13 |          Defendant(s),
14 | **Parties to this Complaint:**

15 | Plaintiff's Name, Address and Phone Number

16 | Eve Ellingwood--31811 Pacific Highway South,Suite B 147
Federal Way, Washington 98003  --(702) 782-1306
17 | Email:  eejudgeeve79@gmail.com
18 |
19 | Defendant's Name, Address and Phone Number
20 | BANK OF THE WEST
180 Montgomery  Street
21 | San Francisco,  California 94104-4297
22 | 415-765-4886

Defendant's Name, Address and Phone Number
23 |
24 | Joseph Sternlight-- 2865 Motor Avenue, Los Angeles
California 90067
25 | 310-836-7383    and Joseph Sternlight

p. 1

1 | Defendant's Name, Address and Phone Number

2

PLEASE SEE ATTACHED LIST OF ALL DEFENDANTS_ MADE

3

A PART HEREOF BY THIS REFERENCE

4

5 (If you have more defendants, list them using the same outline on another piece of paper.
Attach additional sheets, if necessary)

6

**Jurisdiction**

7 (Reason your case is being filed in federal court)

8

9 Litigation involves defendants in different states and inter-
nationally; claims against the United States Government and
two states ; repeated violations of my rights under the CIVIL
10 RIGHTS ACT: INCLUDING REPEATED THREATS TO MY LIFE AND SAFETY:
CANNOT HAVE MATTER TRANSFERRED TO NEVADA NOR TO ANY OTHER
STATE OUT OF FEAR FOR MY LIFE THERE AND ELSEWHERE AND REQUEST
11 INVESTIGATION BY ALL PROPER AUTHORITIES SHOULD I BE HURT, IN
ANY WAY.                    **Statement of Claim:**
12 (State here as briefly as possible the facts of your case.)

13

14        PLEASE SEE EXHIBIT ONE ATTACHED HERETO AND MADE A
PART HEREOF BY THIS REFERENCE.

15        ADDITIONAL CLAIMS, ARE AS FOLLOWS:

16

17                            I

18  Against UNIVERSITY MEDICAL CENTER OF LAS VEGAS, NEVADA, FOR
THEIR WILFUL FAILURE TO PROVIDE ME WITH MY REPEATED REQUESTS
IN WRITING AND BY TELEPHONE,FOR MY MEDICAL RECORDS_ IN GROSS
19 VIOLATION OF THE LAW, SO AS TO ENABLE FORGING THEM AS TO MY
MEDICAL CONDITION, AS I HAD BEEN PREVIOUSLY. ADVISED.
20 Took place in 2011.        II

21  Against GEORGE SOROS, FOR PARTICIPATING IN ENABLING BARACK
OBAMA, THE FOREIGN BORN, ILLEGAL PRESIDENT, TO BE ELECTED,
22 Stealing our funds from the United States, as an emissary
of ROTHSCHILD & SONS: FOR BEING IN VIOLATION OF CONFLICT
23 OF INTERESTS_ BY PAYING FOR AND PROMOTING LIBERAL_LEFT
LEANING AGENDAS_ MEDIA PERSONNEL_ AND THEN INFLUENCING EVERY-
THING THEY REPORT;  AND FOR DOING SO WILFULLY, WITH MALICE
24 AFORETHOUGHT SO AS TO DESTROY THE FREE ENTERPRISE ECONOMY
OF THE UNITED STATES.

25

P. 1 a

## Statement of Claim
(continued):

### III

AGAINST AMERICAN INDEMNITY CONTRACTS FOR HAVING ISSUED A BOND IN THE SUM OF Two hundred thirty four thousand dollars ( $ 234,000), for JOSEPH STERNLIGHT, the conservator  in THE CONSERVATORSHIP OF SARA STERNLIGHT CASE NO. BPO 54436; Los Angeles Superior Court and for failing to recover the monies he had stolen from the conservatee , Sara Sternlight, with the help of Trustee BANK OF THE WEST in amounts exceeding THREE MILLION DOLLARS ( $ 3, 000,000)-- despite their being notified of those continuing thefts.

### IV

Against Abigail Lubliner for having taken $100,000 ( one hundred/THOUSOND dollars )  from the Sternlight Family Trust-- for being present with her former husband GARY ( aka GYORA ) Lubliner+ WHEN THE TWO MILLION ( $2,000,000) dollars of the municipal tax free California bonds from the Sternlight Family Trust were being stolen- with illegal and forged signatures; and for keeping Sara Sternlight out of the proceedings- by taking her shopping in Zurich- SWITZERLAND /and so that Sara Sternlight would be kept ignorant of the FRAUDULENT TRANSACTIONS TAKING PLACE.; and for lying to me about where the funds had  gone.

p. 16

Statement of Claim
(continued):

V

Against BROWN BROTHERS HARRIMAN & CO.- FOR ACCEPTING THE
STOLEN PROPERTY OF THE STERNLIGHT FAMILY TRUST__ AS ON
ITS FACE, THE CONSERVATORSHIP DOCUMENT WHICH HELEN STERNLIGHT
USED_ ON ITS FACE SHOWED THAT SHE WAS ONLY A CONSERVATOR
OVER THE PERSON OF MORRIS STERNLIGHT-- and not over his
ESTATE; and which conservatorship, in any event, was ob-
tained SECRETLY , ILLEGALLY, AND WITHOUT NOTICE TO ANY OF
THE LEGALLY REQUIRED PARTIES.

The amount of the bonds so stolen was TWO MILLION DOLLARS
( $2,000,000) of which I was to receive .SIX HUNDRED THOUSAN
DOLLARS ( ' $ 600,000) according to my parents' original
authentic trusts--- and BEFORE THEY WERE REPEATEDLY FPORGED
BY HELEN FABE, JOESEPH STERNLIGHT AND RUTH STERNLIGHT WITH
THE HELP OF ATTORNEYS FRYDRCYCH, SABBAN AND FEINFIELD.

VI

Against the United States Government not only for failing
to help me against all the criminal activities as stated herein,
but also by intimidating me, threatening me-- harassing me
repeatedly and damaging and stealing my property-- including
the CIA, SEC, FTC, Dept, of Justice; IRS FBI, HOMELAND
SECURITY AND BY OBAMA._ THEREBY CAUSING ME NOT ONLY PHYSKCAL
AND MONETARY LOSSES: SEVERE VIOLATIONS OF MY CIVIL RIGHTS:

p. 1C

**Statement of Claim**
(continued):

RIDICULE AND SEVERE EMOTIONAL DISTRESS: AND FROM WHAT I

HAVE COME TO LEARN _ ALSO THE MURDER OF MY PARENTS AND

HELP WITH THE THEFT OF THEIR PROPERTY.

Said persecution has continued to the present day, with

continuing tampering with my communication methods and

causing me to have horrible- two colored teeth, ill fitting

which have caused me pain- until this day== and thereby too

causing me severe upset.

VI

Against the United States Government for stealing our,

citizens' monies- to give it arbitrarily to to AIG, FANNIE MAE

FREDDIE MAC: SOLYNDRA_ GENERAL MOTORS AND OTHERS_ AS THEY

COME TO LIGHT__ AND FOR HAVING THEM GIVE A COMPLETE ACCOUNTING

AND RETURN OF THOSE MONIES TO THE CITIZENS OF THE UNITED

STATES. For Allowing trillions of dollars to be stolen from t

defense department- and ofr ISRAEL- to HOLD MADOFF"S BILLIONS

VII        OF DOLLARS FOR HIM.

Against CITIBANK_ FOR PARTICIPATING IN THE THEFT OF MY MONIES

AND FOR FORECLOSING ON MY CONDOMINIUM AND ITS CONTENTS

WITHOUT GIVING ME PRIOR NOTICE OF THE SAME_ IN EFFECT,

STEALING MY PROPERTY__ IN THE SUM OF OVER ONE MILLION DOLLARS

( $ 1, 000,000).

p. 1 d

**Relief:**
(State briefly exactly what you want the court to do for you)

Against each and every named defendant, as is set forth in EXHIBIT _ ATTACHED HERETO AND MADE APART HEREOF BY THIS REFERENCE.

In addition, against the additional defendants ~~named~~ herein:

I

Against defendant UNIVERSITY MEDICAL CENTER (UMC) of Las Vegas, Nevada-for $100,000, as damages for the wilful failure to give me my medical records as I had requested in accordance with their procedures:

   a. and for  10 MILLION DOLLARS, AS AND FOR PUNITIVE
      DAMAGES, FOR THE WITHHOLDING OF MY MEDICAL RECORDS
      AND CAUSING ME SERIOUS HARM_ ' AS I HAD BEEN ADVISED
      THAT BY KEEPING THOSE RECORDS FROM ME_ IT ENABLES
      UMC_ TO ADD ANY FALSE INFORMATION ABU  ABOUT MY
      STATE OF HEALTH.

**Jury Demand:**
(Optional)

Yes-  I hereby make a demand for a jury trial.

October 24, 2011       s/ EVe ELLiNGWOOD
Date                   (aka Cohen STERNLIGHT)
            Signature of Plaintiff   Eve Ellingwood

p.1 e1

ADDITIONAL REQUESTS FOR RELIEF

II

AGAINST GEORGE SOROS

1. For all the monies ILLEGALLY donated to the Obama
campaigns past, present and furture:

2.-- For all monies illegally so donated by *Using* ill*EGAL*
and criminal sources outside the United States- and
through any and all other organizations to hide the cont-
ributions   in question:

3.-- Any and all monies paid to training news people and
then dictating what they can say-- as  DIRECT CONFLICT
OF INTERESTS;

4. All monies he might have stgo*l*en from the United
States Government through the ILLEGAL FEDERAL RESERVE
Board and and  any and all of its banks, o*f* other
institutions;

5. Any and all monies he had received to carry out
the illegal instructions of NM Rothschild and sons--
and /or any of them;

6. Punitive damages as the court deems fit-- and any all
other proper remedies.

p. 1 f 2

ADDITIONAL REQUESTS FOR RELIEF

III

Against AMERICAN  INDEMNITY CONTRACTORS FOR THE AMOUNT OF
THE BOND OF $234,000;

2. For in excess of three million dollars stolen by
JOSEPH STERNLIGHT in his capacity of conservator in the
conservatorship of Sara Sternlkight:

3.  Punitive .damages in the sum of TEN MILLION DOLLARS
FOR THEIR WILFUL  FAILURE TO SECURE THE CONSERVATORSHIP
OF SARA STERNLIGHT.

IV

Against ABIGAIL LUBLINER:

1.  For the return of $100,000 unlawufuly taken from the
Sternlight Family Trust-- for the purpose of PERPERATING
A CRIME AGAINST SUCH ESTATE: with all interest due thereon;

@.   FOR PUNITIVE DAMAGEES IN THE SUM OF FIVE MILLION
DOLLARS FOR WILFULLY AND KNOWINGLY ENGAGAING IN THE
THEFT OF THE   ASSETS OF THE STERNLIGHT FAMILY TRUST;
AND FOR TRYING TO COVER IT UP.

V

AGAINST BROWN BROTHERS HARRIMAN & CO.

!.  For two million dollars, plus interest thereon, for
the Sternlight Family Trust Bonds-  they have helped to steal:

2.  For punitive damages of ONE HUNDRED MILLION DOLLARS
for doing so knowingly and wilfully and        .  for parti-
cipating in such theft.

p. 193

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**

Plaintiff_ Eve Ellingwood
          (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

    Ruth    Sternlight- 2865 Motor Avenue
                        Los Angeles, California 90067

        310-836-7383

Defendant's Name, Address and Phone Number

    Helen ( Sternlight ) Fabe  --333 North Oakhurst Drive
                            Apartment 9
                        Beverly Hills, California 90210
            (310)--274-1750

Defendant's Name, Address and Phone Number

    Dr. James Fabe  --9201 Sunset Blvd
                      West Hollywood Calif.90069

          310-274-8359

Defendant's Name, Address and Phone Number

    Estelle Lubliner   34 Sweetgrass Rd
                       Westhampton Beach, N.Y. 11977
      (631)--288-7918

8-2

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
(aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

TURNBERRY PALACE HOMEOWNERS ASSOCIATION_ TOWER THREE

2747 Paradise , Tower Three-- Las Vegas, NV 89109

( 702) 732-4422                          5236

Defendant's Name, Address and Phone Number

Dr. Pedro Rubio  -10 Waterway Court, The woodlands, Texas

INDIVIDUALLY- as former               77380
officer of Tower Three Homeowners Board
                (281)-548-4740

Defendant's Name, Address and Phone Number

Former officer of Tower Three- Homeowners Ass. Board
Dr. Robert Detje--2747 Paradise Road--Tower Three
INDIVIDUALLY              Las Vegas, Nevada 89109
and Detje Family . Trust

(702)-732-7909

Defendant's Name, Address and Phone Number

Penny Detje-- 2747 Paradise Road-- Tower Three
(aka SAWAKO)        Las Vegas, Nevada 89109

(702) 732-7909

p. 3

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
            (aka Cohen Sternlight)

**Defendant's Name, Address and Phone Number**

TURNBERRY PLACE COMMUNITY ASSOCIATION

2877 Paradise Road-- Tower One, Las Vegas, NV 89109-
                                                5236
(702) 732-3700

**Defendant's Name, Address and Phone Number**

JERRY GREENBERG, INDIVIDUA LLY__ its AS FORMER PRESIDENT
2877 Paradise Road-  TOWER One_Las Vegas, NV 89109-
    and Greenberg Family Trust               5236
(702) 732-3700

**Defendant's Name, Address and Phone Number**

LARRY HILLIS__INDIVIDUALLY-- as former officerof Turnberry
                        Place Comm Assoc.
2877 Paradise Road--Tower One-  Las Vegas, NV 89109-
                                                5236
(702) 732-3700

**Defendant's Name, Address and Phone Number**

ALAN  BLUMENTHAL_AS FORMER OFFICER A OF Turnberry
                    Place Som. Assoc and as president
INDIVIDUALLY-        of Turnberry Place- TOWER THRE, HJ
                    HOMEOWNERS ASSOC.
(702) 732-4422-2747 Paradise-Tower Three- Las Vegas
                                Nv 89109 5236

P 4

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
(aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

TURNBERRY PALACE HOMEOWNERS ASSOCIATION_ TOWER THREE

2747 Paradise , Tower Three-- Las Vegas, NV 89109

( 702) 732-4422                                    5236

Defendant's Name, Address and Phone Number

Dr. Pedro Rubio  -10 Waterway Court, The woodlands, Texas
INDIVIDUALLY- as former            77380
officer of Tower Three Homeowners Board
                    (281)-548-4740

Defendant's Name, Address and Phone Number

Former officer of Tower Three- Homeowners Ass. Board
Dr. Robert Detje--2747 Paradise Road--Tower Three
INDIVIDUALLY            Las Vegas, Nevada 89109
and Detje Family  Trust

(702)-732-7909

Defendant's Name, Address and Phone Number

Penny Detje-- 2747 Paradise Road-- Tower Three
(aka SAWAKO)        Las Vegas, Nevada 89109

(702) 732-7909

p. 5

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
(aka Cohen Steralight)

**Defendant's Name, Address and Phone Number**

Gerry Serino  --10588 Riva Grande Court - Las Vegas,
Nevada 89135

(702) 363-2615

**Defendant's Name, Address and Phone Number**

CAROLYN DIDDEL  ---Pleasant View Homes, Inc.
INDIVIDUALLY-
2816 Mary Jane Blvd., Missoula, Montana
as former president of          59808
(406) 327-0765          Homeowners Assoc. Board- Tower three

**Defendant's Name, Address and Phone Number**

john Diddel  Pleasant View Homes, Inc.
2816 Mary Jane Blvd., Missoula, Montana 59808
(406) 327-0765

**Defendant's Name, Address and Phone Number**

DON CLOSE  -- Pleasant View Homes, Inc.
2816 Mary Jane Blvd.
Missoula, Montana 59808
(406) 327-0765

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

Plaintiff_ Eve Ellingwood
        (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

HERB ( HERBERT)  FRY     -TURNBERRY PLACE _ TOWER THREE

2747 Paradise Rd/
                        (702) 732-4422
Las Vegas, Nevada 89109

Defendant's Name, Address and Phone Number

Defendant's Name, Address and Phone Number

Defendant's Name, Address and Phone Number

P- 6a

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
(aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

Shirley Murray---2747 Paradise Road- Tower Three
INDIVIDUALLY_ AS OFFICER OF
Tower Three Home          Las Vegas, Nevada 89109
owners Assoc. board
(702) 732-4422

Defendant's Name, Address and Phone Number

Marilyn    Stuart--- 2747 Paradise Road-- Tower Three
INDIVIDUALLY_ AS OFFICER
OF Tower Three Homeowners Associations Board
(702) 732-4422

Defendant's Name, Address and Phone Number

RED HILLS COMMUNITY ASSOCIATION
8712 Red Brook Drive
(702) 341- 9473
Las Vegas, NV 89128-8400

Defendant's Name, Address and Phone Number

MARY ROY__ EXECUTIVE DIRECTOR_ OF RED HILLS COMMUNITY
8712 Red Brook Drive _ Las Vegas, NV 89128-8400
Association
(702) 341-9473

1.7

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
      (aka Cohen Sternlight)

**Defendant's Name, Address and Phone Number**

Richard Govitz   --5510   South Fort Apache Road
Las Vegas, Nevada 89108

(702)--292-6956

**Defendant's Name, Address and Phone Number**

Don ald (Don) Soffer INDIVIDUALLY_ AS President of
    TURNBERRY ASSOCIATES
      19501   Biscayne Blvd. Ste 400
        Miami, Florida 33180-2337
(305) 937-6200

**Defendant's Name, Address and Phone Number**

Jeffrey So ffer 2877   Paradise Road-- Tower one
  INDIVIDUALLY   Las Vegas, Nevada 89109
        AS A PRINCIPAL OF TURNBERRY ASSOCIATES
(702)732-3700

**Defendant's Name, Address and Phone Number**

THE STIRLING CLUB__ TURNBERRY PLACE

        2827   Paradise rd.
        Las Vegas, Nevada 89109

(702) 732-9700

p 8

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
(aka Cohen Sternlight)

**Defendant's Name, Address and Phone Number**

CATHERINE CORTEZ MASTO, NEVADA ATTORNEY GENERAL

PERSONALLY   --
                        100 North Carson Street
                        Carson City, NV 89701-4717

(775)- 684-1100

**Defendant's Name, Address and Phone Number**

CHUBB INSURANCE COMPANY Chubb Group Of Insurance Compa-
                                nies
        15 Mountain View Road, Warren, New Jersey 07059

(908) -903-2007

**Defendant's Name, Address and Phone Number**

SAFECO INSURANCE COMPANY OF AMERICA- 1001 4th Avenue
                                Seattle, Washington 98154

(800) 332-3226

**Defendant's Name, Address and Phone Number**

MCFADDEN    INSURANCE AGENCY - 6180 Viking Road
                        Las Vegas, Nevada 89103-2216

(702) -365-9800

P. 9

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

Plaintiff _ Eve Ellingwood
         (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

LAS VEGAS CITIZENS REVIEW BOARD
and CLARK COUNTY      33ᵗʰ  South 3rd Street_ste 670
                      Las Vegas, NV 89101
(702) 455-6322

Defendant's Name, Address and Phone Number

RORY REID, INDIVIDUALLY =300 Las Vegas Blvd. South
                         Las Vegas, NV 89101
(702) 383-8836
AND  CLARK COUNTY      500 South Central Parkway
                       Las Vegas, NV 89155

     (702) 455-0000

Defendant's Name, Address and Phone Number

City of LAS Vegas --City Hall 400 Stewart Avenue

                   Las Vegas, NV 89101

     (702) 229-6011

Defendant's Name, Address and Phone Number

nevada state       Office of the Attorney General
                  100 North Carson St., Carson City
                       Nevada 89701-4717

(775)--684-1100

p.10

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
          (aka Cohen Sternlight)

**Defendant's Name, Address and Phone Number**

Dr. Terry Pfau---2810 West Charleston Blvd, Unit A6
          Las Vegas, Nevada 89102-1921

          (702) 258-7860

**Defendant's Name, Address and Phone Number**

NEVADA STATE BOARD OF DENTAL EXAMINERS

6010 South Rainbow Blvd,, ?Suite A-1
Las Vegas, NV 89118

(702) -486-7044

**Defendant's Name, Address and Phone Number**

Rabbi Shea Harlig, individually

          1261 Arville Street
          Las Vegas, NV 89102-p  1600
(702) 259-0770

**Defendant's Name, Address and Phone Number**

Chabd of Southern Nevada _ 1261 Arville Street
          Las Vegas, NV 89102-1600

(702)- 259-0770

P-11

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
        (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

TRAVELERS INSURANCE COMPANY
        One Tower Square, Hartford, Conn.06183

        (860) 277-0111

Defendant's Name, Address and Phone Number

                    (630) 773-3800
arthur gallagher insurance company

Arthur J. Gallagher & Co.--The Gallagher Centre
        2 Pierce Place, Itasca, Illinois 60143

Defendant's Name, Address and Phone Number

TURNBERRY INSURANCE COMPANY

Turnberry Associates- 19501 Biscayne Blvd., Ste 400
                Miami, Florida 33180-2337

(305) 937-6200

Defendant's Name, Address and Phone Number

MICHAEL SCHULMAN   WOLF, RIFKIN, , SHAPIRO SCHULMAN
                   3556 E. Russell Rd., #2
                   Las Vegas, NV 89120-2234
(702) - 341-5200

p-(2

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
           (aka Cohen Sternlight)

**Defendant's Name, Address and Phone Number**

JUDY FRANKLIN---820 South Ogden Drive
              Los Angeles, California
                    90036

     (310) --2765366

**Defendant's Name, Address and Phone Number**

Dr. Robert Earl---5320 West SaharaAvenue, Ste #3
              Las Vegas, Nevada 89146

          (702)871-4990

**Defendant's Name, Address and Phone Number**

Dr. David Trylovich--3811 West Charleston Blvd.
       Suite 201-- Las Vegas, NV89102

          (702)-259-1943

**Defendant's Name, Address and Phone Number**

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

3141 Sunrise Avenue, Las Vegas, NV 89101

     (702) 828-3111

p·13

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
         (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

Senator HARRY REID -522 HART OFFICE BLDG
                Washington D.C. 20510

(202)224-3542

Defendant's Name, Address and Phone Number

Congresswoman Nancy Pelosi

235 Canon House Office Bldg - Washington D.C. 20510

(202) 225-4965

Defendant's Name, Address and Phone Number

Senator Mary Landrieu

431 Dirksen Senate Office Bldg.
Washington, D.C. 20510
                         (202) 224-5824

Defendant's Name, Address and Phone Number

The FEDERAL RESERVE BOARD
2000 L St. NW, Washington, D.C. 20006

(202) 452-3000

p 14

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
         (aka Cohen Sternlight)

**Defendant's Name, Address and Phone Number**

Los Angeles County Probation Department
9150 E. Imperial Hwy, Downey, Calif. 90242

(818) 374-6635

**Defendant's Name, Address and Phone Number**

The city of  BEVERLY HILLS – 455 North Rexford Drive
                      Beverly Hills, Ca  90210

(310) 285-1000

**Defendant's Name, Address and Phone Number**

STATE OF CALIFORNIA

Governor Jerry Brown–c/o State Capitol, Suite 1173
                    Sacramento, California 95814

(916) 445-2841

**Defendant's Name, Address and Phone Number**

FORMER California Governor ARNOLD SCHWAZENEGGER
                INDIVIDUALLY
CAA – c/o richard LOVETT–– 2000 Avenue of the Stars
            Los Angeles, Calif 90067

(424) 288-2000

P.15

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

Plaintiff_ Eve Ellingwood
(aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

M. Rothschild and Sons and Lord Jacob Rothschild, indi-

dually, and each of them _1251 Avenue of the Americas
                                    7th floor
(212) 862-1660              New York, N.Y. 10020

Defendant's Name, Address and Phone Number

BARACK AND MICHELLE OBAMA AND EACH OF THEM
1600 Pennsylvania NW, Washington, D.C. 20500

202--456-1414

Defendant's Name, Address and Phone Number

Valerie Jarrett    --Senior assistant to Barack Obama
                   1600 Pennsylvania NW, washington, D.C.
                                   20500
(202)   456-1414

Defendant's Name, Address and Phone Number

GOLDMAN SACHS   --200 West Street, New York N.Y.
                           10282
  New York, New York
            (212) 902-1000



UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
              (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

                                    (916) -445-2841
Former California Attorney General, JERRY BROWN,

C/O STATE CAPITOL                   INDIVIDUALLY
Ste 1173, Sacramento, calif. 95814

Defendant's Name, Address and Phone Number

NEVADA STATE BOARD OF DENTAL EXAMINERS
6010 S. RainbowBlvd. Suite A-1
Las Vegas, Nevada 89118
                         (702)--486-7044

Defendant's Name, Address and Phone Number

GEORGE SOROS __ INDIVIDUALLY
Open Society Foundation
400 West 59th street, New York, N.Y. 10019

   (212--548-0600

Defendant's Name, Address and Phone Number

p.17

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
           (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

```
Attorney William Sullivan
Portley and Sullivan __2211 NE 36th Street- #204
             Lighthouse Point, Florida 33064-7500

(954)-781-7500
```

Defendant's Name, Address and Phone Number

```
Community Foundation of Broward County
1401 E. Broward Blvd-- #100, Ft. Lauderdale, Fl
                        33301-2116

( (954) 761-9503
```

Defendant's Name, Address and Phone Number

```
Bessemer Trust  --222 Royal Palm Way, Palm Beach, Fl.
                        33480-4394

(561)-655-4030
```

Defendant's Name, Address and Phone Number

```
GARY ( aka GYORA) Lubliner AND BATYA LUBLINER
       and each of them
   8 Wilson Street, Tel AVIV, ISRAEL
```

P.18

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
            (aka Cohen Steralight)

Defendant's Name, Address and Phone Number

J.P. MORGAN  -270 Park Avenue,New York, N.Y. 10017

(212) 270-6000

Defendant's Name, Address and Phone Number

AIG   ---70 Pine Street- 10th floor- New York, N.Y.
                                    10270

        (877) 638-4244

Defendant's Name, Address and Phone Number

THE UNITED STATES GOVERNMENT
                                202- 514-2000
c/o United States Department of Justice
   950 Pennsylavania Ave NW
   Washington, D.C.20530-0001

Defendant's Name, Address and Phone Number

   The US Government-- also (206) 553-7970

c/o United States Attorney Office -Western District
                       of Washington
700 Stewart St., Suite 5220
Seattle, Washington 98101-1271

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Plaintiff_  Eve Ellingwood
            (aka Cohen Sternlight)

**Defendant's Name, Address and Phone Number**

BEN BERNANKE, INDIVIDUALLY_  CHAIRMAN OF THE Federal
                    Reserve Board
2000 L Street N.W., Washington D.C. 20006
       (202) 452-3000

**Defendant's Name, Address and Phone Number**

Alan GREENSPAN- former  chairman of the Federal
   INDIVIDUALLY              Reserve Board
   Greenspan Associates, LLC--1133 Connecticut Ave NW
   ( 202)  457-8250          Washington, DC 20036

**Defendant's Name, Address and Phone Number**

COUNTRY OF ISRAEL    EMBASSY OF ISRAEL
3514   International Dr. NW
       Washington, D.C. 20008-3021
(202) 364-5500

**Defendant's Name, Address and Phone Number**

UNIVERSITYM  MEDICAL CENTER
1800West Charleston Blvd-Las Vegas, NV 89102
       (702) 383-2000

p-20

UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF WASHINGTON

Plaintiff_ Eve Ellingwood
      (aka Cohen Sternlight)

Defendant's Name, Address and Phone Number

BROWN BROTHERS HARRIMAN 7 & Co.
The Pierre- 2 East 61st St.    at Fifth Avenue
New York, N. Y. 10065

*   (212) 483-1818

Defendant's Name, Address and Phone Number

CITIBANK ___ HEADQUARTERS

399 Park avnue, New York, N. Y. 10001

(212) 559-1000

Defendant's Name, Address and Phone Number

ABIGALL (aka GAYA) LUBLINER
16390Tudor Drive, Encino, Calif. 91436

(818)--995-4043

Defendant's Name, Address and Phone Number

AMERICAN CONTRACTORS INDEMNITY COMPANY
(*$!   9841 Airport Blvd. -- ninth floor
Los Angeles, Califor nia 90045

(310) 649-0990

p-29

## ADDITIONAL REQUESTS FOR RELIEF:

VI:

against the United State of America:

1. For twenty five (25) million dollarsfor actual damages inflicted upon me to my person and property by the CIA, FBI, IRS, Attorney General of the United States, HOMELAND SECURITY AND/FTC the; and for participating in stealing all my assets.

2. As and for punitive damages for doing the above intentionally and willfully; and for failing to respond to requests for help, in trhe sum of TWO HUNDRED ($200.000.000) MILLION DOLLARS.

3. FOR THE RETURN OF OVER 4 TRILLION DOLLARS STOLEN FROM THE TAXPAERS AND RESTORING THOSE MONIES TO THE UNITED STATES TREASURY TO BE USED FOR ACTUALLY CREATING JOBS AND FOR THE ECONOMY.

VIII and against herb fry

1. for five (5) million dollarsfor inflicting severe emotional distress upon, by threatening me not to proceed in my case against TURNBERRY PLACE.

p. 1 h y

ADDITIONAL REQUESTS FOR RELIEF:

Against CITIBANK:

1. For thefts of my assets-- in excess of one million
   Dollars.

2. punitive damages IN THE SUM OF ONE HUNDRED million
   dollars-- for doing so knowingly and wilfully.

p. 1 ، ۵